B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

In re Tamara Faye Miller ; ,                              Case No. 13-30930

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. | Chase Home Finance, LLC |
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**
Seterus, Inc.
PO Box 2008
Grand Rapids, MI 49501-2008

Phone: _____
**Last Four Digits of Acct #:** XXXX3705

**Name and Address where transferee payments should be sent (if different from above):**
Seterus, Inc.
PO Box 2206
Grand Rapids, MI 49501-2206

Phone: _____
**Last Four Digits of Acct #:** XXXX3705

Court Claim # (if known): 6
Amount of Claim: 104,000.00
Date Claim Filed: 10/08/2013

Phone: _____
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: /s/ Lisa Singer                                         Date: December 23, 2014
  Lisa Singer
  Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Jason Meyer Krumbein, Esq.
Debtor(s) Attorney

Robert E. Hyman, Esq.
Chapter 13 Trustee

December 23, 2014

_____
Arzoo Mamoor